IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MOZLY TECH LLC, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> INTERNATIONAL BUSINESS § <br> MACHINES CORPORATION § <br> § <br> Defendant. § <br> § | Case No: 2:17-cv-157-JRG-RSP |

## ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES

On this date came for consideration Plaintiff Mozly Tech LLC and International Business Machines Corporation's Joint Motion to Stay All Deadlines and Notice of Settlement. The Court, having considered the motion, finds that it should be granted in order to provide time for Mozly Tech LLC and International Business Machines Corporation to finalize an agreement resolving the claims between them.

It is therefore ORDERED that the Joint Motion to Stay All Deadlines is GRANTED.

It is further ORDERED that all deadlines among Mozly Tech LLC and International Business Machines Corporation are stayed to and including May 28, 2017. If a motion to dismiss has not been filed by May 28, the parties are ORDERED to appear at 9:00 a.m. on May 29 for a status conference.

**SIGNED this 30th day of April, 2017.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE